DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

FILED
IN CLERK'S OFFICE

2004 JUN 18  P 4: 26

BANKRUPTCY COURT
WORCESTER, MA.

| | |
|---|---|
| In re Advanced RISC Corporation,<br>Debtor(s) | Chapter 7<br>No. 98-46027-JBR |
| David M. Nickless, Trustee,<br>Plaintiff<br><br>v.<br><br>Merrill Lynch, Pierce, Fenner & Smith,<br>Inc. and Dennis Burns,<br>Defendants | Adv. Pro.<br>No. 01-4042 |

## MERRILL LYNCH'S NOTICE OF APPEAL[1]

Defendant, Merrill Lynch, Pierce, Fenner & Smith, Inc., appeals under 28 U.S.C. § 158(a) the June 8, 2004 Order of the United States Bankruptcy Court for the District of Massachusetts denying Merrill Lynch's Motion for Summary Judgment.

The names of all parties to the Order appealed from, and the names, addresses, and telephone numbers of their respective attorneys is as follows:

Plaintiff:

David M. Nickless, as Trustee of Advanced RISC Corporation.

Represented by:

Janice G. Marsh, Esq.
Nickless & Phillips, P.C.
495 Main Street
Fitchburg, MA  01420

**FILING FEE PAID**

---

[1] In an abundance of caution, Merrill Lynch is filing a copy of this Motion in the United States District Court in Worcester. Merrill Lynch is doing so only because the District Court (Gorton, J.) entered an order withdrawing the reference (see Exhibit 1 attached hereto) and the Bankruptcy Court ordered on June 8, 2004 that the case be transmitted to the District Court. (See Exhibit 2 attached hereto.)

-1-

Defendant:

Dennis Burns

Represented by:

Stephen M. Salon, Esq.
Paige L. Tobin, Esq.
Patricia F. Keane, Esq.
Salon & Kantrowitz, LLP
Old City Hall
45 School Street
Boston, MA 02108

MERRILL, LYNCH, PIERCE,
FENNER & SMITH, INC.

By Their Attorneys,

_____
Richard M. Zielinski (BBO #540060)
Richard W. Renehan (BBO # 416680)
Joseph C. Lyons (BBO #644954)
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110
617-482-1776

DATED: June 18, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2004, I caused the foregoing Notice of Appeal, to be served upon the attorneys of record listed below by hand.

_____
Joseph C. Lyons

David M. Nickless, Trustee
Janice G. Marsh, Esq.
Nickless & Phillips, P.C.
495 Main Street
Fitchburg, MA  01420

Stephen M. Salon, Esq.
Paige L. Tobin, Esq.
Patricia F. Keane, Esq.
Salon & Kantrowitz, LLP
Old City Hall
45 School Street
Boston, MA  02108



UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


IN THE MATTER OF:        Case: 4:01-cv-40204

                         ------------------------------
                         Judge Nathaniel M. Gorton - pre



        Nickless - plaintiff


        v.


        Merrill Lynch Pierce - defendant

------------------------------------------------------------
                NOTICE OF ACTION BY THE COURT

        Notice To:

                Richard W. Renehan, Esq.
                Hill & Barlow
                One International Place
                100 Oliver Street
                Boston, MA   02110
                                        USA



**      The following ruling was made on 3/4/02 and entered on the docket:



        Judge Nathaniel M. Gorton . Endorsed Order entered granting
        [2-1] motion to withdraw the reference. "Motion ALLOWED,
        provided however that all pretrial matters be resolved in
        the Bankruptcy court pursuant to MLBR 9015-1(c)"   cc/cl
        [EOD Date 3/4/02]

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
OFFICE OF THE CLERK
1101 THOMAS P. ONEILL, JR., FEDERAL BUILDING
10 CAUSEWAY STREET
BOSTON, MASSACHUSETTS 0222-1074

**JAMES M. LYNCH**
CLERK

(617)565-6051
FAX (617)565-6087

**WORCESTER OFFICE**
595 MAIN STREET
WORCESTER, MA 01608-2076
(508)793-0518
FAX (508)793-0541

6/9/04

United States District Court
District of Massachusetts
Harold D. Donohue Federal Building & Courthouse
595 Main Street
Worcester, MA 01608

Attention:
Bankruptcy Case/Adversary Preceeding In Re:
Bankruptcy Case/Adversary Preceeding In Number: 01-4042

The following documents are being transmitted to your Court:

- ☐ Motion To Withdraw Reference
- ☐ Proposed Order Or Judgement
- ☐ Proceeding With Jury Claim Or Demand
- ☐ Supplementary Memorandum of Decision on Remand and Supplementary Order on Remand
- ☒ Other RE: Wdrw Reference – See Order of NMG–Attached
- ✓ Certified Copy of Docket

Enclosed you will find photocopies of the original papers.

Please acknowledge receipt of these documents by signing the copy of this letter and returning it to this office for filing.

○ United States Bankruptcy Court
1101 O'Neill Federal Building
10 Causeway Street
Boston, MA 02222-1074

● United States Bankruptcy Court
211 Donohue Federal Building
595 Main Street
Worcester, MA 01608-2076

Date: 6/9/04

*Previously Assigned DC Docket Number 03-40175.*

James M. Lynch
Clerk, U.S. Bankruptcy Court

By the Court,

Anne C. Harmon
Deputy Clerk
(508) 770-8913

Receipt is acknowledged of the enclosures referred to above and the proceeding has been assigned our number:

Date:_____                                    By:_____



# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### Proceeding Memorandum/Order

In Re: Nickless v. Merrill Lynch, Pierce, Fenner & Smith, Inc. et al

Case Number: 01-04042 ( JBR )

MOVANT/APPLICANT/PARTIES

Chapter:

In re ADVANCED RISC CORPORATION, 98-46627
ORAL ARGUMENTS on #90 Motion of Defendant, Merrill Lynch, Pierce, Fenner & Smith, Inc., for Summary Judgment and #118 Objection of Plaintiff
David M. Nickless for Plaintiff
Richard M. Zielinski for Merrill Lynch, Pierce, Fenner & Smi

**COURT ACTION:**

Show Cause Order _____ Released _____ Enforced
_____ Granted _____ Approved _____ Moot
**#90 Denied** _____ Denied without Prejudice
_____ Withdrawn in Open Court
_____ Sustained _____ Overruled
_____ Continued to: _____
_____ Proposed Order to be Submitted by: _____
_____ Stipulation to be Submitted by: _____
_____ Taken Under Advisement

**DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:**

Viewing the record in the light most favorable to the Plaintiff, it appears to the Court that there are genuine issues of material fact and therefore the Motion is denied. This matter is ready for trial and shall be transmitted to the District Court.

SO ORDERED:

_Joel B. Rosenthal_   Dated: 6/8/04

ENTERED ON DOCKET
6/8/04                                    130

Page 1 of 1

## Certificate of Service

District/Off: 0101-4  User: jr
Case: 01-04042  Form ID: pdf012  Total: 1  Date printed: 6/8/2004

By Richard M. Zielinski Goulston & Storrs, PC 400 Atlantic Ave. Boston, MA 02110

*[signature]*