UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re<br>Advanced RISC Corporation,<br>　　　Debtor<br>_____<br><br>David M. Nickless, Trustee,<br>　　　Plaintiff/Appellee,<br><br>v.<br><br>Merrill Lynch, Pierce, Fenner & Smith, Inc.,<br>and Dennis Burns,<br>　　　Defendants/Appellants | Bankruptcy Appeal<br>C.A. No. 04-40123-NMG |

ASSENTED-TO MOTION BY PLAINTIFF/APPELLEE TO EXTEND DEADLINES

COMES NOW David M. Nickless, the trustee and plaintiff/appellee, and moves to extend the deadlines for him and Merrill Lynch, Pierce, Fenner & Smith, Inc., and Dennis Burns, defendants/appellants, to file their briefs.

1. Pursuant to this court's Memorandum & Order dated October 27, 2004 [#1], the defendant/appellants' briefs are due on or before November 15, 2004; the plaintiff/appellee's brief, on or before November 29, 2004; and the defendant/appellants' reply briefs, on or before December 8, 2004.

2. Due to the intervening holiday, Thanksgiving, between Monday, November 15, 2004, and Monday, November 29, 2004, the plaintiff/appellee would like an extension until on or before Friday, December 3, 2004, in which to file his brief.

3. The defendants/appellants would like an extension until on or before Wednesday, November 17, 2004, in which to file their initial briefs and until Monday, December 13, 2004, in which to file their reply briefs.

4. Each party assents to each other's request.

WHEREFORE, David M. Nickless, the trustee and plaintiff/appellee, requests this court to extend (1) until on or before November 17, 2004, the deadline for Merrill Lynch, Pierce, Fenner & Smith, Inc., and Dennis Burns, to file their initial briefs; (2) until on or before December 3, 2004, the deadline for David M. Nickless to file his brief; and (3) until on or before December 13, 2004, the deadline for Merrill Lynch, Pierce, Fenner & Smith, Inc., and Dennis Burns to file their reply briefs, and requests this court to grant such further and other relief as is just.

/s/ Janice G. Marsh
David M. Nickless, Trustee, BBO No. 371920
Janice G. Marsh, Esq., BBO No. 638575
Nickless and Phillips, PC
495 Main Street
Fitchburg, MA 01420
978-342-4590
dnickless.nandp@verizon.net
jmarsh.nandp@verizon.net

CERTIFICATE OF SERVICE

      I, Janice G. Marsh, certify that, upon receipt of the notice of electronic service, I will immediately serve a copy of this pleading by mail to any of the parties listed below if not noted as having received electronic service:

| | |
|---|---|
| Richard Renehan | Stephen M. Salon |
| Richard Zielinski | Paige L. Tobin |
| James F. Wallack | Salon & Kantrowitz LLP |
| Joseph C. Lyons | Old City Hall |
| Goulston & Storrs, PC | 45 School Street |
| 400 Atlantic Avenue | Boston, MA  02108 |
| Boston, MA  02110-3333 | Attorneys for Dennis Burns |
| Attorneys for Merrill Lynch, Pierce, | |
|   Fenner & Smith, Inc. | |

Dated:  November 1, 2004                 /s/ Janice G. Marsh
                                                       Janice G. Marsh