UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re )<br>ADVANCED RISC CORPORATION, )<br>　　Debtor(s) )<br>_____ )<br>　　　　　　　　　　　　　　　　 )<br>DAVID M. NICKLESS, TRUSTEE )<br>　　Plaintiff )<br>v. )<br>　　　　　　　　　　　　　　　　 )<br>MERRILL LYNCH, PIERCE, FENNER & )<br>SMITH INC., and DENNIS BURNS, )<br>　　Defendants )<br>_____ ) | Bankruptcy Appeal<br>C.A. No. 04-40123-NMG |

## DENNIS BURNS' MOTION TO ADOPT DEFENDANT/APPELLANT MERRILL LYNCH, PIERCE, FENNER & SMITH'S BRIEF

Now comes the Defendant, Dennis Burns, and hereby joins, adopts and incorporates by reference the Defendant/Appellant Merrill Lynch, Pierce, Fenner & Smith's Brief on Appeal from the June 8, 2004 Order of the Bankruptcy Court Denying Merrill Lynch, Pierce, Fenner & Smith and Dennis Burn's Motion for Summary Judgment (Hearing Requested).

　　　　　　　　　　　　　　　　　　　Dennis Burns,
　　　　　　　　　　　　　　　　　　　By his attorneys,

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Stephen M. Salon, Esquire
　　　　　　　　　　　　　　　　　　　BBO #439280
　　　　　　　　　　　　　　　　　　　Salon & Kantrowitz, LLP
　　　　　　　　　　　　　　　　　　　Old City Hall
　　　　　　　　　　　　　　　　　　　45 School Street
　　　　　　　　　　　　　　　　　　　Boston, MA 02108
　　　　　　　　　　　　　　　　　　　617-742-7446

DATED:  November 17, 2004

## CERTIFICATE OF SERVICE

    I, Stephen M. Salon, counsel for the Defendant, Dennis Burns, hereby certify that on this date I served a copy of Defendant Dennis Burns' Motion to Adopt Defendant/Appellant's Brief by facsimile of same, to the following:

| | |
|---|---|
| Trustee, David Nickless, Esquire | Joseph C. Lyons, Esquire |
| Janice Marsh, Esquire | Richard Renehan, Esquire. |
| Nickless and Phillips, P.C. | Richard Zielinski, Esquire. |
| 495 Main Street | Goulston & Storrs, P.C. |
| Fitchburg, Massachusetts 01420 | 400 Atlantic Avenue |
| 978-343-6383 | Boston, Massachusetts 02110 |
| | Attorneys for Merrill Lynch |
| | 617-574-7545 (fax) |

    Subscribed on this 17[h] of November, 2004, under the pains and penalties of perjury.

_____
Stephen M. Salon