UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In re: Advanced RISC Corporation

__Merrill Lynch, et al.,__
                Appellants

       v.                 CIVIL ACTION NO.__04-40123-NMG__
                                                    __01-40204-NMG__

__David M. Nickless,__
                Trustee,
                Appellee.

## JUDGMENT IN A CIVIL CASE

__Gorton , D.J.__

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

The denial of Appellant's motion for summary judgment is REVERSED and Appellant's motion for summary judgment is ALLOWED. So ordered.

                                                      Sarah A. Thornton, Clerk of Court

Dated:__3/29/5__                                    ___/s/ Craig J. Nicewicz___
                                                           Deputy Clerk

(judgciv.frm - 10/96)                                                                                                          [jgm.]